THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RENITA M. COLON, Appellant

Present—Dillon, P. J., Denman, Boomer, Pine and Balio, JJ.

In the Matter of MELISSA P., a Person Alleged to be in Need of Supervision.

Present—Dillon, P. J., Denman, Boomer, Pine, and Balio, JJ.

In the Matter of MARY B. and Others, Infants.

Present—Callahan, J. P., Doerr, Green, Balio and Davis, JJ.

In the Matter of ADAM H. BERNSTEIN, an Attorney.

Present—Dillon, P. J., Doerr, Denman, Boomer and Green, JJ. (Order entered Apr. 21, 1988.)

In the Matter of R. KENT HOLTSBERY, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE FIFTH JUDICIAL DISTRICT, Petitioner

Present—Dillon, P. J., Doerr, Denman, Boomer and Pine, JJ.